AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Kellen Red Tomahawk<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:25-cr-00223-01 |

REC'D USMS-D/ND
2025 OCT 9 9:44

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kellen Red Tomahawk                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Burglary in Indian Country
Aiding and Abetting

Date:   10/09/2025                             /s/ Carla Schultz
                                                                  *Issuing officer's signature*

City and state:   Bismarck, North Dakota          Carla Schultz, Deputy Clerk
                                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/09/25, and the person was arrested on *(date)* 10/15/25
at *(city and state)* Fort Yates, ND.

Date:  10/15/25                          Dan Walker on behalf of FBI
                                                              *Arresting officer's signature*

                                                              Dan Walkewicz, DUSM
                                                              *Printed name and title*